IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | CASE NO. 17-50301 |
| J. SCOTT LITTLEFIELD | CHAPTER 13 |
| DEBTOR | JUDGE ALAN M. KOSCHIK |

**DEBTOR'S OBJECTION TO MELISSA LITTLEFIELD'S MOTION FOR RELIEF FROM STAY**

Now comes Debtor, J. Scott Littlefield, by and through undersigned counsel, and hereby states that he opposes the Motion for Relief from Stay filed by Melissa Littlefield on or about February 17, 2021, and hereby requests that the Court proceed with a hearing on said Motion so that the Debtor may present his views and position on the Motion before the Court.

Respectfully submitted,

/s/ Andrew M. Korduba
Andrew M. Korduba #0069786
Attorney for Debtor
669 W. Liberty St.
Medina, Ohio 44256
(330) 725-3636 Phone
(330) 725-3638 Fax
amkbankruptcy@yahoo.com

# CERTIFICATE OF SERVICE

A copy of the foregoing has been delivered on February 19, 2021, via regular U.S. mail delivery or via the court's electronic filing system, as permitted by local rule, to the following:

<u>Electronic Mail Notice list</u>

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

Office of the United States Trustee
** electronic notification**

Keith L. Rucinski, Trustee
** electronic notification**

Edward J. Boll, III, Esq.
** electronic notification**

Richard John LaCivita, Esq.
** electronic notification**

Alison Anne Gill, Esq.
** electronic notification**

William J. Muniak, Esq.
** electronic notification**

And by regular U.S. mail, postage prepaid, on:

J. Scott Littlefield
7474 Wadsworth Rd.
Medina, OH 44256

/s/ Andrew M. Korduba
Andrew M. Korduba #0069786
Attorney for Debtor